1  KATTEN MUCHIN ROSENMAN LLP
   Gregory S. Korman (Cal. State Bar No. 216931)
2  2029 Century Park East Suite 2600
   Los Angeles, CA 90067
3  Phone: 310-788-4400
   Fax:   310-788-4471
4
   Attorneys for Defendants HOUSEHOLD LIFE INSURANCE and BENEFICIAL
5  CALIFORNIA, INC., and DOES 1 through 50 inclusive

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10 FRANK BLATTEL                         )   CASE NO. 2:06-CV-00113-FCD-PAN
                                         )
11          Plaintiff,                   )
                                         )   **STIPULATION TO EXTEND TIME
12     vs.                               )   TO FILE RESPONSIVE PLEADING**
                                         )
13 HOUSEHOLD LIFE INSURANCE and          )
   BENEFICIAL CALIFORNIA, INC., and      )
14 DOES 1 through 50 inclusive           )
                                         )
15          Defendants.                  )
                                         )

16                          **STIPULATION**

17      Plaintiff Frank Blattel and defendants Household Life Insurance Company

18 ("HLIC") and Beneficial California, Inc. ("Beneficial") (together "Defendants"),

19 through counsel, stipulate to extend Defendants' time to file a responsive pleading, as

20 follows:

21      1.     Plaintiff and Defendants have engaged in settlement negotiations that

22 have resulted in a settlement in principal;

23      2.     Defendants' responsive pleadings are due February 21, 2006;

24      3.     Defendants' counsel is documenting the settlement agreement and

25 expects to circulate a draft by the end of this week;

26      4.     the parties agree that their respective resources should be devoted to

27 consummating the agreement in principle rather than filing responsive pleadings;

28      NOW THEREFORE IT IS STIPULATED AND AGREED:

            STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

PDF created with pdfFactory trial version www.pdffactory.com

1            Defendants shall have a 20 day extension to answer or file a responsive

2 pleading.  Defendants' responsive pleading shall be due on March 13, 2006.

Dated: February __, 2006        KATTEN MUCHIN ROSENMAN LLP
3                                        Gregory S. Korman

4

5                                    By: _____

                                        Gregory S. Korman
6                                  Attorneys for defendants HOUSEHOLD LIFE

7                                  INSURANCE COMPANY and BENEFICIAL

                                 CALIFORNIA, INC.
8

9 Dated: February __, 2006        BEYER, PONGRATZ & ROSEN

10                                    Erik E. Child
                                   E. John Overton

11

12                                    By: _____

13                                      Erik E. Child
                                 Attorneys for plaintiff FRANK BLATTEL
14

15                                  ORDER

16

17 Good cause appearing therefore,

18 IT IS SO ORDERED.

19 Dated: February 21, 2006

20

21                                  /s/ Frank C. Damrell Jr._____

22                                  United States District Judge

23

24

25

26

27

28

2

LAX01_31289003_1_240245_00213 2/21/2006 11:39 AM

PDF created with pdfFactory trial version www.pdffactory.com